IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN KELLY TODD,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      1:17CV1012
                                        )
NORTH CAROLINA DEPARTMENT               )
OF PUBLIC SAFETY,                       )
                                        )
            Defendant(s).               )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a mass of paper writings which the Court treated for filing purposes and out of an abundance of caution as a civil rights Complaint pursuant to 42 U.S.C. § 1983. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.      The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.      The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

3.      Plaintiff does not state appropriate claims for relief or make appropriate requests. His writings encompass such matters as the proper use of punctuation, receiving a female attorney, having the Court broker a deal between North Carolina and Texas regarding the service of Plaintiff's sentences, having the Court provide Plaintiff with a car to travel to Texas, having the Court loan Plaintiff $2,000, moving Plaintiff to a prison with a

single fence so that he can be on work release, having this Court alter Plaintiff's sentences, a mostly illegible writing about a female barber, obtaining a new radio and batteries, and changing Plaintiff's name and assigning him a new social security number and prison number to be brought to him in a clandestine manner by two female federal officers. Plaintiff's requests are almost entirely frivolous or inappropriate and may be related to mental illness. The Court does not aid in punctuation, assign attorneys by gender, broker sentencing deals between states, make loans, control North Carolina prison assignments, deal with barbers, radios, and batteries, or assign new personal identification. Plaintiff must state proper claims for relief if he wishes to make filings in this Court. He should not continue to file letters addressing random matters. He cannot obtain relief in this manner.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a proper action. If Plaintiff wishes to do so, he should request the correct forms for filing that action from the Clerk's Office and use them.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a proper action using the correct forms.

This, the 13th day of November, 2017.

Joe L. Webster
United States Magistrate Judge

2