IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN KELLY TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV1012 |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 13, 2017, the Recommendation of the United States Magistrate Judge was filed with the court and served in accordance with 28 U.S.C. § 636. Plaintiff filed a document which has been docketed as objections to the Recommendation.[1]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that this action be filed and dismissed sua sponte without prejudice to Plaintiff filing a proper action using the correct forms.

---

[1] In his document, Plaintiff indicates that he would like to "drop the lawsuit." (Docket Entry 4.) Plaintiff also makes some notations on his copy of the Order and Recommendation. (Id. at 2-4.) To the extent these notations are objections, the Court will consider them.

A judgment dismissing this action will be filed contemporaneously with this Order.

This the 5th day of June, 2019.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge